UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

**FILED - GR**

July 16, 2009 4:00 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES OF AMERICA,

          Plaintiff,

        vs.

HUGO SANCHEZ-GEMBE,

          Defendant.

                            /

No.   1:09-CR-86

Hon.  Paul L. Maloney
Chief, United States District Judge

**SECOND SUPERSEDING
INDICTMENT**

The Grand Jury charges:

## COUNT 1

On or about January 25, 2009, in Calhoun County, in the Western District of Michigan, Southern Division,

**HUGO SANCHEZ-GEMBE,**

being an alien who had previously been removed, was found in the United States without having received the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission to the United States.

8 U.S.C. § 1326(a)

## COUNT 2

On or about April 30, 2007, in Calhoun County, in the Western District of Michigan,

Southern Division,

## HUGO SANCHEZ-GEMBE

falsely and willfully represented himself to be a citizen of the United States.

18 U.S.C. § 911

## COUNT 3

On or about April 30, 2007, in Calhoun County, in the Western District of Michigan,

Southern Division,

### HUGO SANCHEZ-GEMBE

knowingly made a false statement or claim that he then was a citizen of the United States in order

to register to vote in a Federal, State, or local election.

18 U.S.C. § 1015(f)

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

MICHAEL L. SCHIPPER
Assistant United States Attorney

3