**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**

**CRIMINAL MINUTE SHEET**

| USA v. | District Judge: |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| | | | | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ____ Arraignment:<br>   ____ mute<br>   ____ not guilty<br>   ____ guilty<br>   ____ nolo contendre<br>____ Final Pretrial Conference<br>____ Detention  (waived ____)<br>____ Motion Hearing<br>____ Revocation/SRV/PV<br>____ Bond Violation<br>____ Change of Plea<br>____ Sentencing<br>____ Trial<br>____ Other:<br>_____ | ____ Defendant's Rights<br>____ Waiver of Indictment<br>____ Other:<br>_____<br>_____<br><br>Court to Issue:<br><br>____ Order of Detention<br>____ Notice of Sentencing<br>____ Order Appointing Counsel<br>____ Other:<br>_____ | Charging Document:<br>____ Read      ____ Reading Waived<br><br>Guilty Plea to Count(s) _____<br>of the<br>_____<br><br>Count(s) to be dismissed at sentencing:<br>_____<br><br>____ Presentence Report Ordered<br>____ Presentence Report Waived<br>____ Plea Accepted by the Court<br>____ Plea Taken under Advisement<br>____ No Written Plea Agreement |

### SENTENCING

| | |
|---|---|
| Imprisonment:_____<br>Probation:_____<br>Supervised Release:_____<br>Fine: $_____<br>Restitution: $_____<br>Special Assessment: $_____ | Plea Agreement Accepted: ____ Yes   ____ No<br>Appeal Packet Given: ____ Yes   ____ No<br>Conviction Information:<br>Date:_____<br>By:_____<br>As to Count(s):_____ |

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ _____ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|

**Reporter/Recorder:**