AO 245B (Rev. 09/08)- Judgment in a Criminal Case

# United States District Court

Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| -vs- | Case Number: 1:09-cr-86-01 |
| HUGO SANCHEZ-GEMBE | USM Number: 14251-040 |
| | Anne T. Lasker<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to Count One of the Second Superseding Indictment.

☐ pleaded nolo contendere to Count(s) ___, which was accepted by the court.

☐ was found guilty on Count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Offense Ended | Count No. |
|---|---|---|
| 8 U.S.C. § 1326(a) | January 25, 2009 | One |

Nature of Offense

Reentry of Deported Alien

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒  The Indictment, Superseding Indictment, and Counts 2 and 3 of the Second Superseding Indictment are dismissed on the motion of the United States

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 1, 2010

DATED: February 2, 2010

 /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 2
Defendant: HUGO SANCHEZ-GEMBE
Case Number: 1:09-cr-86-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **three (3) months**.

☐　　The Court makes the following recommendations to the Bureau of Prisons:

☒　　The defendant is remanded to the custody of the United States Marshal.
☐　　The Defendant shall surrender to the United States Marshal for this district:
　　　☐　　at _____ on _____.
　　　☐　　as notified by the United States Marshal.

☐　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　☐　　before 2:00 P.M. on _____.
　　　☐　　as notified by the United States Marshal.
　　　☐　　as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

　　　Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

By: _____
　　　Deputy U.S. Marshal

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 3
Defendant: HUGO SANCHEZ-GEMBE
Case Number: 1:09-cr-86-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **one (1) year**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☒       The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒       The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒       The defendant shall cooperate in the collection of DNA as directed by the probation officer.

☐       The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

☐       The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.   Said term is to be **unsupervised** provided the defendant leaves and does not re-enter the United States.  Should the defendant be deported or removed, the defendant shall not re-enter the United States without the express permission of the appropriate governmental authority.  Should the defendant leave and subsequently re-enter the United States prior to expiration of the supervised release term, the defendant shall report immediately to the U.S. Probation Office.

## STANDARD CONDITIONS OF SUPERVISION

1.      the defendant shall not leave the judicial district without the permission of the court or probation officer;
2.      the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.      the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.      the defendant shall support his or her dependents and meet other family responsibilities;
5.      the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.      the defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment;
7.      the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.      the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.      the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10.     the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 4
Defendant: HUGO SANCHEZ-GEMBE
Case Number: 1:09-cr-86-01

11.    of any contraband observed in plain view by the probation officer;
11.    the defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
12.    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13.    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

**NO REQUIREMENT IN THE SPECIAL OR STANDARD CONDITIONS OF SUPERVISION SHALL BE CONSTRUED TO PERMIT DEFENDANT TO RE-ENTER THE UNITED STATES WITHOUT THE WRITTEN CONSENT OF THE APPROPRIATE GOVERNMENTAL AUTHORITY.**

1.    The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement, and if deported from this country, either voluntarily or involuntarily, not reenter or be in the United States illegally. Defendant shall obtain express permission and approval, in writing, of the appropriate governmental authority, as a condition of reentry.

2.    The defendant shall not remain or be in the United States illegally.

3.    The defendant shall report in person to the nearest U.S. Probation Office within 24 hours of any reentry into the United States, whether the reentry is legal or illegal.

4.    The defendant shall obey all Standard and Special Conditions of supervision if he is in the United States, either legally or illegally.

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 5
Defendant: HUGO SANCHEZ-GEMBE
Case Number: 1:09-cr-86-01

## CRIMINAL MONETARY PENALTIES[1]

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the following pages.

| Assessment | Fine | Restitution |
|---|---|---|
| **Remitted** | -0- | -0- |

☐  The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

☐  Restitution amount ordered pursuant to plea agreement:          $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the fine.

☐ the interest requirement is waived for the restitution.

☐ the interest requirement for the fine is modified as follows:

☐ the interest requirement for the restitution is modified as follows:

---

[1]  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.